

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00444-CR

Christopher Jesus **VERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1155
Honorable Dick Alcala, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED, and appellate counsel's motion to withdraw is GRANTED.

SIGNED February 19, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice